IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL WAYNE SMITH                                          PETITIONER

v.                           Case No. 2:19-CV-2052

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

**ORDER**

The Court has received a report and recommendation (Doc. 19) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Respondent's Motion to Dismiss be granted and the petition for a writ of habeas corpus be denied. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is GRANTED, the petition for a writ of habeas corpus (Doc. 1) is DENIED, and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this September 16, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE